NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVELARDO GARCIA,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7023

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-1449, Judge Kenneth B. Kramer.

---

## ON MOTION

---

Before RADER, *Chief Judge*, NEWMAN and BRYSON, *Circuit Judges*.

PER CURIAM.

## ORDER

Avelardo Garcia moves for reconsideration of the court's order dismissing his appeal as untimely filed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**AUG 2 4 2011**
    Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Avelardo Garcia
     Claudia Burke, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 2 4 2011

JAN HORBALY
CLERK